U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 30 2012

TONY R. MO___, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DUSTIN J. AUTTONBERRY<br>LA. DOC #473413<br>OPCC #1756368 | CIVIL ACTION NO. 3:12-cv-00638<br><br>SECTION P |
| VS. | JUDGE DONALD E. WALTER |
| OUACHITA CORRECTIONAL<br>CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 30 day of May, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE